UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA M. FINKLE, as the Administrator of the Estate of Troy Allen Conklin, Jr.,

                Plaintiff,

v.

COUNTY OF ORANGE, et al.,

                Defendants.

23 CV 05873 (NSR)
ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/19/2024__

NELSON S. ROMÁN, United States District Judge:

    On October 22, 2024, the Court issued an Order (the "Order") directing Plaintiff to show cause in writing on or before November 12, 2024 why this action should not be dismissed pursuant to Fed. R. Civ. Proc. § 41(b) for failure to prosecute. (ECF No. 26.) In its Order, the Court noted that Plaintiff had failed to take any action since for more than a year. Despite the Court's Order, there has been no further action taken on the part of Plaintiff. Accordingly, it is hereby ordered that Plaintiff's remaining claims are dismissed without prejudice for failure to prosecute.

    The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Plaintiff at the two last known addresses below, and show service on the docket, and terminate this case.

| | |
|---|---|
| Jessica M Finkle | Jessica Finkle |
| 36 Pennsylvania Avenue | 310 Windsor Highway, Room 110 |
| Port Jervis, New York 12771 | New Windsor, New York 12550 |

Dated:    December 19, 2024
             White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge